# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HOWARD COHAN,**

        **Plaintiff,**

v.                                                          Case No: 6:23-cv-26-PGB-LHP

**SAILORMEN, INC.,**

        **Defendant.**

_____/

## ORDER

The Court has been advised that the above-styled action has been settled. (Doc. 21). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on April 21, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties