UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

v.                                                         Case No: 6:23-cv-26-PGB-LHP

**SAILORMEN, INC.,**

      **Defendant.**

                                                       /

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, filed May 22, 2023. (Doc. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Sailormen, Inc., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 22, 2023.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties